

**NUMBER 13-12-00539-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**STEVE RAMON,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                           **Appellee.**

---

**On appeal from the 25th District Court
of Gonzales County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Steve Ramon, filed an appeal from a judgment entered by the 25th District Court of Gonzales County, Texas, in cause number 25,003. Appellant has filed a motion to withdraw the appeal on grounds that the trial court has entered a nunc pro tunc judgment.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 20th
day of September, 2012.